UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-00161 |
| | ) | |
| v. | ) | 18 U.S.C. § 1349 |
| | ) | 18 U.S.C. § 1344 |
| | ) | 18 U.S.C. § 1341 |
| CHARLES JASON JONES, | ) | 18 U.S.C. § 1341 |
|   a/k/a "Jason Charles Jones," and | ) | 18 U.S.C. § 2 |
|   a/k/a J.C. Jones, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The motion is granted and the Indictment is ordered sealed as to the above defendant, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendants or the defendants' counsel after the defendant is arrested; and (b) shall be provided by the Clerk to the United States Marshals Service to permit the Marshal to perform statutorily authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the indictment the Clerk shall provide to the U.S. Marshal, to serve them only on counsel for the Government.

William J. Haynes
~~Chief~~ United States ~~District~~ Judge
Magistrate