UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00161 |
| | ) | Chief Judge Haynes |
| CHARLES JASON JONES | ) | |

**MOTION TO ENLARGE TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS AND TO CONTINUE PLEA DEADLINES, CONFERENCES AND TRIAL**

*[Handwritten annotation: ORDER - This motion is GRANTED to extend the motion deadline for 45 days. The deadline previously set will be rescheduled by separate Order. Counsel shall appear 2-4-14/]*

COME NOW the Defendant, **Charles Jason Jones**, by and through his undersigned counsel, and respectfully request that this Honorable Court enter an Order: (1) enlarging the time within which the Defendant has to file pretrial motions (including pretrial motions requiring an evidentiary hearing) from February 4, 2014 to, and including, forty-five (45) days prior to the trial of the above-captioned matter; (2) enlarging the plea related deadlines to thirty (30) days prior to the next trial setting, consistent with the Court's standard Order; (3) rescheduling the plea hearing or status conference with the Court to a date three (3) weeks prior to trial; and, (4) continuing the trial of this case from Tuesday, March 18, 2014 to a date no earlier than Tuesday, July 28, 2014. In support hereof, Defendant Jones states as follows:

1. Defendant Jones made his Initial Appearance in this District on January 8, 2014 (3 weeks ago). On January 17, 2014, this Honorable Court entered an Order: (1) scheduling this case for its first trial setting on Tuesday, March 18, 2014; (2) setting a deadline for filing Motions requiring an evidentiary hearing of February 4, 2014; (3) setting a plea consummation deadline of February 28, 2014; and, (4) setting a plea hearing and status conference for March 3, 2014.

2. As of the date of this filing, the government has produced a small part of discovery

1