IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00161 |
| | ) | Chief Judge Haynes |
| CHARLES JASON JONES | ) | |

### ORDER

The plea hearing previously set in this action for Monday, July 7, 2011 at 1:30 p.m. is **reset** for **Friday, July 11, 2014 at 1:30 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 30 day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge