IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing set for 5/8/15 at 1:30 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00161 |
| | ) | |
| CHARLES JASON JONES | ) | JUDGE TRAUGER |
| | ) | |

**MOTION TO REQUEST THE SETTING OF A SENTENCING HEARING**

Comes now the United States of America, by and through the United States Attorney for the Middle District of Tennessee, and respectfully requests that this Court enter an order setting a sentencing hearing in this case.

In support of this motion, the United States would show that this Court accepted transfer of this case on February 24, 2015 (Sealed Order, Docket Entry # 66). This case now is ready to proceed to sentencing. This case is related to two other cases pending before this court. The parties to this case are in agreement that this case should be set for a sentencing hearing before the sentencing hearing in the case of *United States v. Lisa Vaske*, MDTN Case No. 3:14-cr-00102, which now is set for a sentencing hearing before this Court on June 26, 2015. Counsel for defendant Jones in this case has suggested that this case be set for a sentencing hearing sometime in late April or in May and the United States agrees with that suggestion.